**Electronically Filed
Intermediate Court of Appeals
30443
21-SEP-2011
10:26 AM**

NO. 30443

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


TODD CORLISS and AMY CORLISS,
Plaintiffs-Appellants,
v.
WAYNE DANIEL, individually and as
Trustee of the Wayne R. Daniel Self-Trusteed Trust;
AQUA ENGINEERS, INC., Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and
DOE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 07-1-0116)


ORDER APPROVING STIPULATION FOR DISMISSAL
OF PLAINTIFFS-APPELLANTS' APPEAL WITH PREJUDICE AS
TO DEFENDANT-APPELLEE WAYNE DANIEL, INDIVIDUALLY AND
AS TRUSTEE OF THE WAYNE R. DANIEL SELF-TRUSTED TRUST
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of

Plaintiffs-Appellants' Appeal With Prejudice as to

Defendant-Appellee Wayne Daniel, Individually and as Trustee of

the Wayne R. Daniel Self-Trusted Trust, the papers in support and

the records and files herein, it appears that: (1) in August

2010, the Circuit Court of the Fifth Circuit approved a

settlement between Plaintiffs-Appellants Todd Corliss and Amy Corliss and Defendant-Appellee Aqua Engineers, Inc. and the appeal as to Aqua Engineers was dismissed; (2) in this stipulation, Plaintiffs-Appellants and Defendant-Appellee Wayne Daniel, Individually and as Trustee of the Wayne R. Daniel Self-Trusted Trust (Daniel), are stipulating to dismiss the appeal as to Daniel with the parties to bear their own costs and fees. Therefore,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed. The parties to this stipulation shall bear their respective attorney's fees and costs.

DATED: Honolulu, Hawai'i, September 21, 2011.


Chief Judge


Associate Judge


Associate Judge